IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MILTON HERNANDEZ**
Reg. # 21885-047                                                         **PLAINTIFF**

v.                  Case No. 2:15-cv-00032-KGB

**ROBERT MUELLER,**
Director of the FBI, *et al.*                                         **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 17). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, the Court dismisses without prejudice this case.

SO ORDERED this 7th day of December, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge